1  REX DARRELL BERRY, State Bar No. 110219
   BRIAN CRONE, State Bar No. 191731
2  BERRY & BLOCK LLP
   2150 River Plaza Drive, Suite 415
3  Sacramento, CA  95833
   (916) 564-2000
4  (916) 564-2024 FAX

5  Attorneys for Defendants
   BOMBAY GRILL, INC. dba "Bombay Bar & Grill"; NAVINDERJIT BHANDAL;
6  SATWINDER BHANDAL; NEKHBIR BHANDAL

7

8  MARK VENARDI, State Bar No. 173140
   MARTIN ZURADA, State Bar No. 218235
   VENARDI ZURADA, LLP
9  700 Ygnacio Valley Road, Suite 300
   Walnut Creek, CA 94596
10 P: (925) 937-3900
   F: (925) 937-3905
11
   Attorneys for Plaintiff
12 AMARNADEH KACHEPALLI

13
                    **UNITED STATES DISTRICT COURT**
14
                 **FOR THE EASTERN DISTRICT OF CALIFORNIA**
15

16 | AMARNADEH KACHEPALLI,                        ) Case No. 2:13-cv-00294-JAM-KJN
                                                  )
17 |     Plaintiff,                               )
                                                  ) **STIPULATION AND ORDER TO**
18 | v.                                           ) **EXTEND TIME TO FILE AND SERVE**
                                                  ) **ANSWER TO COMPLAINT**
19 | BOMBAY GRILL, INC. dba "Bombay Bar           )
     & Grill"; NAVINDERJIT BHANDAL;               )
20 | SATWINDER BHANDAL; NEKHBIR                   )
     BHANDAL; and DOES 1-100                      )
21 |                                              )
         Defendants.                              )
22 |                                              )

23       Pursuant to Local Rule 6-144 (a), Plaintiff Amarnadeh Kachepalli and Defendants

24 Bombay Grill, Inc. dba "Bombay Bar & Grill," Navinderjit Bhandal, Satwinder Bhandal, and

25 Nekhbir Bhandal, by and through their respective attorneys of record, Martin Zureda and Brian

26 Crone, stipulate as follows:

27 1.    No extension of time has been previously obtained.

28 ///

                                              1

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE AND SERVE ANSWER TO COMPLAINT**

2. Defendants Bombay Grill, Inc. dba "Bombay Bar & Grill," Navinderjit Bhandal, Satwinder Bhandal, and Nekhbir Bhandal are granted an extension until April 15, 2013 to file their answer to Plaintiff's Complaint.

3. Defendants Bombay Grill, Inc. dba "Bombay Bar & Grill," Navinderjit Bhandal, Satwinder Bhandal, and Nekhbir Bhandal answer will be due no later than April 15, 2013.

IT IS SO STIPULATED effective as of March 22, 2013.

Dated: March 22, 2013            /s/ *Brian S. Crone, Esq.*
                                 Attorney for Defendants
                                 Bombay Grill, Inc. dba "Bombay Bar & Grill," Navinderjit Bhandal, Satwinder Bhandal, and Nekhbir Bhandal

Dated: March 22, 2013            /s/ *Martin Zurada, Esq.*
                                 Attorney for Plaintiff
                                 Amarnadeh Kachepalli

IT IS HEREBY ORDERED that Defendants Bombay Grill, Inc. dba "Bombay Bar & Grill," Navinderjit Bhandal, Satwinder Bhandal, and Nekhbir Bhandal shall file their Answer to Plaintiff's Complaint no later than April 15, 2013.

IT IS SO ORDERED.

Dated: 3/25/2013                 /s/ John A. Mendez
                                 Honorable John A. Mendez