REX DARRELL BERRY, State Bar No. 110219
BRIAN CRONE, State Bar No. 191731
BERRY & BLOCK LLP
2150 River Plaza Drive, Suite 415
Sacramento, CA 95833
(916) 564-2000
(916) 564-2024 FAX

Attorneys for Defendants
BOMBAY GRILL, INC. dba "Bombay Bar & Grill"; NAVINDERJIT BHANDAL;
SATWINDER BHANDAL; NEKHBIR BHANDAL

MARK VENARDI, State Bar No. 173140
MARTIN ZURADA, State Bar No. 218235
VENARDI ZURADA, LLP
700 Ygnacio Valley Road, Suite 300
Walnut Creek, CA 94596
P: (925) 937-3900
F: (925) 937-3905

Attorneys for Plaintiff
AMARNADEH KACHEPALLI

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMARNADEH KACHEPALLI, | ) Case No. 2:13-cv-00294-JAM-KJN |
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER TO** |
| | ) **EXTEND TIME TO FILE AND SERVE** |
| BOMBAY GRILL, INC. dba "Bombay Bar | ) **ANSWER TO COMPLAINT** |
| & Grill"; NAVINDERJIT BHANDAL; | ) |
| SATWINDER BHANDAL; NEKHBIR | ) |
| BHANDAL; and DOES 1-100 | ) |
| Defendants. | ) |

Pursuant to Local Rule 6-144 (a), Plaintiff Amarnadeh Kachepalli and Defendants Bombay Grill, Inc. dba "Bombay Bar & Grill," Navinderjit Bhandal, Satwinder Bhandal, and Nekhbir Bhandal, by and through their respective attorneys of record, Martin Zureda and Brian Crone, stipulate as follows:

1.   No extension of time has been previously obtained.

/ / /

1

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE AND SERVE ANSWER TO COMPLAINT**

2.    Defendants Bombay Grill, Inc. dba "Bombay Bar & Grill," Navinderjit Bhandal, Satwinder Bhandal, and Nekhbir Bhandal are granted an extension until April 15, 2013 to file their answer to Plaintiff's Complaint.

3.    Defendants Bombay Grill, Inc. dba "Bombay Bar & Grill," Navinderjit Bhandal, Satwinder Bhandal, and Nekhbir Bhandal answer will be due no later than April 15, 2013.

IT IS SO STIPULATED effective as of March 22, 2013.

Dated: March 22, 2013                              /s/ *Brian S. Crone, Esq.*
Attorney for Defendants
Bombay Grill, Inc. dba "Bombay Bar & Grill," Navinderjit Bhandal, Satwinder Bhandal, and Nekhbir Bhandal

Dated: March 22, 2013                              /s/ *Martin Zurada, Esq.*
Attorney for Plaintiff
Amarnadeh Kachepalli

IT IS HEREBY ORDERED that Defendants Bombay Grill, Inc. dba "Bombay Bar & Grill," Navinderjit Bhandal, Satwinder Bhandal, and Nekhbir Bhandal shall file their Answer to Plaintiff's Complaint no later than April 15, 2013.

IT IS SO ORDERED.

Dated: 3/25/2013                                           /s/ John A. Mendez
                                                                    Honorable John A. Mendez