Mark Venardi (SBN # 173140)
Martin Zurada (SBN# 218235)
Venardi Zurada LLP
700 Ygnacio Valley Road, Suite 300
Walnut Creek, California 94596
(925) 937-3900

Attorneys for Plaintiff,
AMARNADH KACHEPALLI


Brian Crone (SBN #191731)
Berry & Block LLP
2150 River Plaza Drive, Suite 415
Sacramento, CA   95833
Tel:  (916) 564-2000
Fax:  (916) 564-2024

Attorneys for Defendants
**BOMBAY GRILL, INC. d.b.a. "Bombay Bar & Grill"; NAVINDERJIT BHANDAL; SATWINDER BHANDAL; NEKHBIR BHANDAL;**

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **AMARNADEH KACHEPALLI,** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**BOMBAY GRILL, INC. d.b.a. "Bombay Bar & Grill"; NAVINDERJIT BHANDAL; SATWINDER BHANDAL; NEKHBIR BHANDAL; and DOES 1-100,** )<br>)<br>)<br>**Defendants.** )<br>) | No. 2:13-cv-00294-JAM-KJN<br><br>**STIPULATION AND ORDER FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |

1     IT IS HEREBY STIPULATED by and between Brian Crone of Berry & Block LLP, attorneys for defendants Bombay Grill, Inc. d.b.a. "Bombay Bar & Grill", Navinderjit Bhandal, Satwinder Bhandal, and Nekhbir Bhandal, and Martin Zurada, Esq. of Venardi Zurada, LLP, attorneys for plaintiff Amarnadh Kachepalli, that plaintiff be allowed to file the First Amended Complaint, attached hereto as <u>Exhibit A</u>, without a hearing as provided by Federal Rules of Civil Procedure §15.  Defendants will reply no later than 21 days from the date the Order below is signed by the Court.

Dated: April 11, 2013      BERRY & BLOCK LLP

                                                                  /s/ Brian Crone_____
                                                Brian Crone, Attorney for Defendants
                                                BOMBAY GRILL, INC.,
                                                NAVINDERJIT BHANDAL,
                                                SATWINDER BHANDAL, and
                                                NEKHBIR BHANDAL

Dated: April 9, 2013      VENARDI ZURADA, LLP

                                                  _____/s/ Martin Zurada_____
                                                Martin Zurada, Attorney for Plaintiff
                                                AMARNADEH KACHEPALLI

    IT IS HEREBY ORDERED that leave is granted to plaintiff to file his First Amended Complaint and that the First Amended Complaint, attached as <u>Exhibit A</u> hereto, be deemed filed as of the date of the signing of this Order.  Defendants shall have 21 days to reply to the Frist Amended Complaint from the date this Order is signed.

Dated:  April 12, 2013

                                                /s/ John A. Mendez_____
                                                Honorable John A. Mendez
                                                U. S. District Court Judge