Mark Venardi (173140)
Martin Zurada (218235)
VENARDI ZURADA LLP
700 Ygnacio Valley Road, Suite 300
Walnut Creek, CA 94596
Telephone: (415) 636-8483
Fax: (925) 937-3905

Attorneys for Plaintiffs,
AMARNADEH KACHEPALLI and HARDIYAL SINGH

Rex Darrell Berry (110219)
Brian Crone (191731)
BERRY & BLOCK LLP
2150 River Plaza Drive, Suite 415
Sacramento, CA   95833
Tel:  (916) 564-2000
Fax:  (916) 564-2024

Attorneys for Defendants
BOMBAY GRILL, INC. d.b.a. "Bombay Bar & Grill"; NAVINDERJIT BHANDAL; SATWINDER BHANDAL; NEKHBIR BHANDAL

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AMARNADEH KACHEPALLI, HARDIYAL SINGH** | Case Number: 2:13-CV-00294-JAM-KJN |
| **Plaintiff,** | **STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271** |
| vs. | |
| **BOMBAY GRILL, INC. d.b.a. "Bombay Bar & Grill"; NAVINDERJIT BHANDAL; SATWINDER BHANDAL; NEKHBIR BHANDAL; and DOES 1-100,** | |
| **Defendants.** | |

Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action

\ \ \

to the Voluntary Dispute Resolution Program.

DATED: _____          /s/ Martin Zurada
                                      MARTIN ZURADA
                                      Attorney for Plaintiffs AMARNADEH
                                      KACHEPALLI and HARDIYAL SINGH

DATED: August 2, 2013                 /s/ BRIAN CRONE
                                      BRIAN CRONE
                                      Attorneys for Defendants BOMBAY
                                      GRILL, INC. d.b.a. "Bombay Bar &
                                      Grill"; NAVINDERJIT BHANDAL;
                                      SATWINDER BHANDAL; NEKHBIR
                                      BHANDAL

IT IS SO ORDERED.

   DATED: 8/2/2013

                                      /s/ John A. Mendez
                                      UNITED STATES DISTRICT COURT JUDGE