Mark Venardi (173140)
mvenardi@vefirm.com
Martin Zurada (218235)
mzurada@vefirm.com
VENARDI ZURADA LLP
700 Ygnacio Valley Road, Suite 300
Walnut Creek, CA 94596
Telephone: (415) 636-8483
Fax: (925) 937-3905

Attorneys for Plaintiff,
AMARNADEH KACHEPALLI and HARDIYAL SINGH

Brian Crone (191731)
briancrone@cronelawoffice.com
The Law Office of Brian Crone
2150 River Plaza Drive, Suite 415
Sacramento, CA  95833
Tel:  (916) 647-7814
Fax:  (916) 290-0721

Attorneys for Defendants
BOMBAY GRILL, INC. d.b.a. "Bombay Bar & Grill"; NAVINDERJIT BHANDAL; SATWINDER BHANDAL; and NEKHBIR BHANDAL

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **AMARNADEH KACHEPALLI, HARDIYAL SINGH** | Case Number: 2:13-CV-00294-JAM-KJN |
| **Plaintiff,** | **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES** |
| vs. | |
| **BOMBAY GRILL, INC. d.b.a. "Bombay Bar & Grill"; NAVINDERJIT BHANDAL; SATWINDER BHANDAL; NEKHBIR BHANDAL; and DOES 1-100,** | |
| **Defendants.** | |

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY DEADLINES

Case No.  13-CV-00294

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs AMARNADEH KACHEPALLI and HARDIYAL SINGH ("Plaintiffs") and Defendants BOMBAY GRILL, INC., NAVINDERJIT BHANDAL, SATWINDER BHANDAL and NEKHBIR BHANDAL ("Defendants") (collectively, "Parties"), through their respective counsel of record , as follows:

The Court has set the deadline for disclosure of expert witnesses pursuant to Fed. R. Civ. P. 26(A)(2) for November 8, 2013;

The Court has set the deadline for disclosure of supplemental and rebuttal experts pursuant to Fed. R. Civ. P. 26(A)(2)(C) for November 15, 2013;

The Court has set the deadline for completion of all discovery for January 10, 2014;

The parties have completed a VDRP session on October 15, 2013;

The parties did not settle the case on October 15, 2013;

The parties are presently in serious, ongoing discussions in an effort to settle the case;

The parties have performed limited written discovery in an effort to focus on settlement discussions and to minimize costs and fees.

The parties Stipulation to alter the expert and discovery related deadlines will not have any impact on the scheduled trial date.

THEREFORE, the parties agree and stipulate that:

1. The deadline for disclosure of expert witnesses pursuant to Fed. R. Civ. P. 26(A)(2) shall be December 8, 2013;
2. The deadline for disclosure of supplemental and rebuttal experts pursuant to Fed. R. Civ. P. 26(A)(2)(C) shall be December 15, 2013.
3. The deadline for completion of all discovery is February 10, 2014 and all other discovery related deadlines are continued by 30 days.

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY DEADLINES
Case No.  13-CV-00294

Dated: November 8, 2013        /s/ Martin Zurada
                               MARTIN ZURADA
                               Attorney for Plaintiff AMARNADEH
                               KACHEPALLI and HARDIYAL SINGH

Dated: November 8, 2013, 2013  /s/ Brian Crone
                               Brian Crone
                               Attorneys for Defendants BOMBAY GRILL,
                               INC. d.b.a. "Bombay Bar & Grill";
                               NAVINDERJIT BHANDAL; SATWINDER
                               BHANDAL; and NEKHBIR BHANDAL

## **ORDER**

Pursuant to the stipulation reached by the parties and good cause appearing therefore, IT IS SO ORDERED THAT:

1. The deadline for disclosure of expert witnesses pursuant to Fed. R. Civ. P. 26(A)(2) shall be December 8, 2013;

2. The deadline for disclosure of supplemental and rebuttal experts pursuant to Fed. R. Civ. P. 26(A)(2)(C) shall be December 15, 2013.

3. The deadline for completion of all discovery is February 10, 2014 and all other discovery related deadlines are continued by 30 days.

Dated:  11/12/2013                       /s/ John A. Mendez_____
                                         The Honorable Judge John A. Mendez

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY DEADLINES
Case No.  13-CV-00294