Mark Venardi (173140)
mvenardi@vefirm.com
Martin Zurada (218235)
mzurada@vefirm.com
VENARDI ZURADA LLP
700 Ygnacio Valley Road, Suite 300
Walnut Creek, CA 94596
Telephone: (415) 636-8483
Fax: (925) 937-3905

Attorneys for Plaintiffs,
AMARNADEH KACHEPALLI and HARDIYAL SINGH

Brian Crone (191731)
briancrone@cronelawoffice.com
The Law Office of Brian Crone
2150 River Plaza Drive, Suite 415
Sacramento, CA  95833
Tel:  (916) 647-7814
Fax:  (916) 290-0721

Attorneys for Defendants
BOMBAY GRILL, INC. d.b.a. "Bombay Bar & Grill"; NAVINDERJIT BHANDAL; SATWINDER BHANDAL; and NEKHBIR BHANDAL

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMARNADEH KACHEPALLI, HARDIYAL SINGH<br><br>**Plaintiff,**<br><br>vs.<br><br>BOMBAY GRILL, INC. d.b.a. "Bombay Bar & Grill"; NAVINDERJIT BHANDAL; SATWINDER BHANDAL; NEKHBIR BHANDAL; and DOES 1-100,<br><br>**Defendants.** | Case Number: 2:13-CV-00294-JAM-KJN<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION FILING AND HEARING DATES, FINAL PRE-TRIAL CONFERENCE, AND TRIAL DATE** |

STIPULATION AND [PROPOSED] ORDER DISPOSITIVE MOTION FILING AND HEARING DATES, FINAL PRE-TRIAL CONFERENCE, AND TRIAL DATE Case No.  13-CV-00294

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs AMARNADEH KACHEPALLI and HARDIYAL SINGH ("Plaintiffs") and Defendants BOMBAY GRILL, INC., NAVINDERJIT BHANDAL, SATWINDER BHANDAL and NEKHBIR BHANDAL ("Defendants") (collectively, "Parties"), through their respective counsel of record, as follows:

The Court has set the deadline for filing dispositive motions on or before February 19, 2014;

The Court has set the hearing date for dispositive motions for March 19, 2014;

The Court has set the Final Pre-Trial Conference for May 9, 2014;

The Court has set the Trial date for June 23, 2014;

Counsel for Defendants has a pre-paid international cruise, which has been scheduled for approximately two years, scheduled for the week of March 15, 2014 through March 22, 2014, thereby precluding Defendants' counsel from appearing at the dispositive motion hearing date of March 19, 2014;

Defendants intend to file a dispositive motion;

Counsel for Defendants is a sole practitioner and has been Defendants' only counsel since they appeared in this lawsuit;

The parties have agreed to continue the hearing date on the dispositive motion and contacted the Court in order to ascertain whether April 2, 2014 is available to hear the dispositive motion. The Court indicated that a hearing date of April 2, 2014 is not available. The Court indicated that the next available hearing date is April 9, 2014 and that continuing the hearing date to such date would require modifying the Final Pre-Trial Conference date to 10:00 a.m. on May 23, 2014 and the Trial Date to June 30, 2014.

The parties, subject to the Court's approval, have no objection to modifying the Court's Pre-Trial Scheduling Order in the manner set forth in the preceding paragraph.

THEREFORE, the parties agree and stipulate that:

STIPULATION AND [PROPOSED] ORDER DISPOSITIVE MOTION FILING AND HEARING DATES, FINAL PRE-TRIAL CONFERENCE, AND TRIAL DATE Case No. 13-CV-00294

1. The deadline for filing dispositive motions shall be no later than March 12, 2014;
2. The dispositive motion hearing date shall be April 9, 2014.
3. The Final Pre-Trial Conference shall be continued to May 23, 2014 at 10:00 a.m.
4. The Trial date shall be continued to June 30, 2014.

Dated: December 5, 2013          /s/ Martin Zurada
                                 MARTIN ZURADA
                                 Attorney for Plaintiff AMARNADEH
                                 KACHEPALLI and HARDIYAL SINGH


Dated: December 5, 2013,         /s/ Brian Crone
                                 Brian Crone
                                 Attorneys for Defendants BOMBAY GRILL,
                                 INC. d.b.a. "Bombay Bar & Grill";
                                 NAVINDERJIT BHANDAL; SATWINDER
                                 BHANDAL; and NEKHBIR BHANDAL

## **ORDER**

Pursuant to the stipulation reached by the parties and good cause appearing therefore, IT IS SO ORDERED THAT PRE-TRIAL SCHEDULING CONFERENCE ORDER IS HEREBY MODIFIED AS FOLLOWS:

1. The deadline for filing dispositive motions shall be no later than March 12, 2014;
2. The dispositive motion hearing date shall be April 9, 2014 at 9:30 a.m.
3. The Final Pre-Trial Conference shall be continued to May 23, 2014 at 10:00 a.m.
4. The Trial date shall be continued to June 30, 2014 at 9:00 a.m.

Dated: 12/6/2013                 /s/ John A. Mendez
                                 The Honorable Judge John A. Mendez

STIPULATION AND [PROPOSED] ORDER DISPOSITIVE MOTION FILING AND HEARING DATES, FINAL PRE-TRIAL CONFERENCE, AND TRIAL DATE Case No. 13-CV-00294