Mark Venardi (173140)
mvenardi@vefirm.com
Martin Zurada (218235)
mzurada@vefirm.com
VENARDI ZURADA LLP
700 Ygnacio Valley Road, Suite 300
Walnut Creek, CA 94596
Telephone: (415) 636-8483
Fax: (925) 937-3905

Attorneys for Plaintiffs,
AMARNADEH KACHEPALLI and HARDIYAL SINGH

Brian Crone (191731)
briancrone@cronelawoffice.com
Office of Brian Crone
2150 River Plaza Drive, Suite 415
Sacramento, CA  95833
Tel:  (916) 647-7814
Fax:  (916) 290-0721

Attorneys for Defendants
BOMBAY GRILL, INC. d.b.a. "Bombay Bar & Grill"; NAVINDERJIT BHANDAL; SATWINDER BHANDAL; and NEKHBIR BHANDAL

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **AMARNADEH KACHEPALLI, HARDIYAL SINGH**<br><br>**Plaintiff,**<br><br>vs.<br><br>**BOMBAY GRILL, INC. d.b.a. "Bombay Bar & Grill"; NAVINDERJIT BHANDAL; SATWINDER BHANDAL; NEKHBIR BHANDAL; and DOES 1-100,**<br><br>**Defendants.** | Case Number: 2:13-CV-00294-JAM-KJN<br><br>**STIPULATION AND ORDER TO EXTEND EXPERT WITNESS DISCLOSURE DEADLINES** |

STIPULATION AND [PROPOSED] ORDER TO EXTEND EXPERT WITNESS DISCLOSURE DEADLINES    Case No. 13-CV-00294

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs AMARNADEH KACHEPALLI and HARDIYAL SINGH ("Plaintiffs") and Defendants BOMBAY GRILL, INC., NAVINDERJIT BHANDAL, SATWINDER BHANDAL and NEKHBIR BHANDAL ("Defendants") (collectively, "Parties"), through their respective counsel of record, as follows:

1. The Court previously continued all discovery deadlines by about one month to permit the parties to complete VDRP without incurring substantial discovery expenses.
2. The parties completed the VDRP and engaged in additional substantive settlement discussions but were unable to settle this case.
3. The parties are now scheduling depositions and other discovery for January 2014 and expect to complete it before the discovery deadline but need additional time to ascertain what if any expert witnesses are needed.

WHEREAS, the parties agree and stipulate that:

4. The deadline for disclosure of expert witnesses pursuant to Fed. R. Civ. P. 26(A)(2) shall be January 15, 2014;
5. The deadline for disclosure of supplemental and rebuttal experts pursuant to Fed. R. Civ. P. 26(A)(2)(C) shall be January 22, 2014.

Dated: December 10, 2013        /s/ Martin Zurada
                                MARTIN ZURADA, Attorney for Plaintiff
                                AMARNADEH KACHEPALLI and
                                HARDIYAL SINGH


Dated: December 10, 2013        /s/ Brian Crone
                                Brian Crone, Attorneys for Defendants
                                BOMBAY GRILL, INC. d.b.a. "Bombay Bar &
                                Grill"; NAVINDERJIT BHANDAL;
                                SATWINDER BHANDAL; and NEKHBIR
                                BHANDAL

STIPULATION AND [PROPOSED] ORDER TO EXTEND EXPERT WITNESS DISCLOSURE DEADLINES    Case No.  13-CV-00294

## **ORDER**

Pursuant to the stipulation reached by the parties and good cause appearing therefore, IT IS SO ORDERED THAT:

1. The deadline for disclosure of expert witnesses pursuant to Fed. R. Civ. P. 26(A)(2) shall be January 15, 2014;
2. The deadline for disclosure of supplemental and rebuttal experts pursuant to Fed. R. Civ. P. 26(A)(2)(C) shall be January 22, 2014.

Dated: 12/13/2013                              /s/ John A. Mendez_____
                                                             The Honorable Judge John A. Mendez

STIPULATION AND [PROPOSED] ORDER TO EXTEND EXPERT WITNESS DISCLOSURE DEADLINES     Case No.  13-CV-00294