Mark Venardi (173140)
Martin Zurada (218235)
VENARDI ZURADA LLP
700 Ygnacio Valley Road, Suite 300
Walnut Creek, CA 94596
Telephone: (415) 636-8483
Fax: (925) 937-3905

Attorneys for Plaintiffs,
AMARNADEH KACHEPALLI and HARDIYAL SINGH

Brian Crone (191731)
THE LAW OFFICE OF BRIAN CRONE
2150 River Plaza Drive, Suite 415
Sacramento, CA   95833
Tel:  (916) 647-7184
Fax:  (916) 290-0721

Attorneys for Defendants
BOMBAY GRILL, INC. d.b.a. "Bombay Bar & Grill"; NAVINDERJIT BHANDAL; SATWINDER BHANDAL; NEKHBIR BHANDAL

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMARNADEH KACHEPALLI, HARDIYAL SINGH | Case Number: 2:13-CV-00294-JAM-KJN |
| Plaintiff, | STIPULATION AND ORDER OF DISMISSAL |
| vs. | |
| BOMBAY GRILL, INC. d.b.a. "Bombay Bar & Grill"; NAVINDERJIT BHANDAL; SATWINDER BHANDAL; NEKHBIR BHANDAL; and DOES 1-100, | |
| Defendants. | |

ALL OF THE PARTIES TO THIS LITIGATION AND THEIR COUNSEL HEREBY STIPULATE TO THE ENTRY OF THIS AGREED ORDER OF DISMISSAL:

///

///

**AGREED ORDER OF DISMISSAL**

The parties hereby agree that this case has been settled and that all issues and controversies have been resolved to their mutual satisfaction. The parties request the Court to retain jurisdiction to enforce the terms of their settlement agreement under the authority of *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375, 381-82 (1994):

IT IS SO STIPULATED, THROUGH THE PARTIES AND THEIR COUNSEL OF RECORD.

| | |
|---|---|
| Dated: January ____, 2014 | By:_____<br>Plaintiff Amarnadeh Kachepalli |
| | By:_____<br>Plaintiff Hardiyal Singh |
| Dated: January ____, 2014 | |
| | By:_____<br>Defendant Navinderjit Bhandal |
| Dated: January ____, 2014 | |
| | By:_____<br>Defendant Satwinder Bhandal |
| Dated: January ____, 2014 | By:_____<br>Defendant Nekhbir Bhandal |
| Dated: January ____, 2014 | Defendant Bombay Grill, Inc.<br><br>By: _____<br><br>Its: _____ |
| Dated: January ____, 2014 | VENARDI ZURADA LLP<br><br>By:_____<br>Mark Venardi<br>Attorneys for Plaintiffs Amarnadeh Kachepalli and Hardiyal Singh |
| Dated: January ____, 2014 | THE LAW OFFICE OF BRIAN CRONE<br><br>By: _____<br>Brian Crone<br>Attorneys for Defendants<br>Bombay Grill, Inc., Navinderjit Bhandal, Satwinder Bhandal, and Nekhbir Bhandal |

3
**STIPULATION AND ORDER OF DISMISSAL**

**IT IS HEREBY ORDERED:**

1. The parties shall comply with all of the terms of their confidential Settlement Agreement and Mutual Release of All Claims ("Settlement Agreement") entered into on January 30, 2014.

2. By consent of the parties, the Court shall retain jurisdiction for the purpose of enforcing the terms of the Settlement Agreement through December 31, 2015.

3. Except as provided for in paragraphs 1 and 2 above, this case is dismissed, with prejudice, and each party shall bear its own attorney's fees and costs.

Dated:   February 7, 2014

/s/ John A. Mendez_____
Honorable John A. Mendez
United States District Court Judge